November 10, 2007


To Whom It May Concern:

I would like to open this letter describing a time in my past that has changed my life forever.  The year was 1993 and I was nineteen years old.  I was a typical teenager on the brink of adulthood, making decisions that would change the course of the rest of my life.  During this time, I was lucky enough to meet a young man who happened to work for my family's business who I would later call my husband.  At that time, I was very surprised to be feeling the emotions that were running through my heart, as Scott wasn't the typical guy that I usually found myself attracted to.  He was the long haired musician type that couldn't be bothered with a serious relationship.  However, I was determined to get to know him better and was on a mission.  I found myself making special trips through the family restaurant's drive through for nothing in particular other than to take a glimpse of the good looking man that worked the window or finding things to deliver to my cousins who were working their shifts.  I'm sure his account of these stories would border more on the obsessive side, but he finally saw the light and we went out on our first date.

That day began the best eight and a half year courtship of my life.  Our wedding day was magical and I can honestly say it ranks closely to one of the best days of my life.  I will remember the vows we exchanged forever and have never regretted for one second choosing Scott as the man I will grow old with.  As Scott and I began our life together, I fell even more in love with him as I learned what a terrific person he is.  We developed extremely strong bonds in many aspects of our life ranging from our sense of humor to our faith in God.  We spent countless enjoyable hours together and it didn't matter if we were out for a nice dinner or sitting at home, cuddling on the couch while watching a movie.  No matter what situation we were in, we always found a way to enjoy each other's company and share in those special moments that make memories fond.

As we were enjoying all those special moments as a family of two, we were unexpectedly blessed with a gift from God.  We were going to have a child.  Our lives were going to be forever changed by this bundle of joy that we now call Taylor Ann.  Any parent knows the range of emotions we felt, as we prepared to provide the best life possible for Taylor.  As we made progress through the pregnancy, Scott was my rock.  I will never be able to express fully how much I needed Scott during that time and I'm sure it wasn't easy at times, but he was always right beside me when I needed him most.  Scott was eager to attend all of the doctor appointments with me and never once complained about getting up early to get things ready when I was too tired and just needed a few more minutes of sleep.  Nearing the end of the pregnancy, he sat me down one night and delivered the news that he had made the biggest mistake of his life.  Words cannot describe the look of shame and disappointment on his face and he recounted the story.  I know in my heart from the minute he told me, this was the biggest regret of his life and if he was able to change his past only one time, that he would turn back time and definitely make the right decision.

Although it would have been easy for him to be distracted by all that was going on in his life, he never left my side as I prepared to give birth to our daughter.  On August 18, 2004, Taylor Ann Carrera was brought into this world and Scott became the best father in the world.  I now see a sparkle in his eye every time he looks at his daughter and know he cherishes the time he gets to spend her any time he is not working.  Taylor loves the quality time with her father whether it be going to the park or shopping at Scott's favorite electronics store.  I can never imagine someone who could ever be a better father to a daughter than Scott.  Taylor recently turned three and although Scott is often extremely busy with running his own company, he never neglects to spend time with our daughter during this pivotal time where she needs the guidance to grow into a young lady.  He truly is the definition of a perfect dad.

As time passed and this day drew near, the gravity of the situation began to weigh more on my heart.  I have been able to think of nothing other than how this could possibly affect our lives for a very long time.  Even though we both know the seriousness of the situation, Scott is always there to make me smile and reassure me that our love is strong enough to get us through anything and that nothing will ever come between our family.  He definitely is the foundation that our family is built on and I know that will never change.

As a woman and mother, I ask myself what I would say to my daughter; that her entire world, which revolves around Scott and I and the time we spend together as a family, would be shattered.  If you are a parent or husband, I only hope you can find it in your heart to remember how much Scott means to his family and that there isn't a day that goes by that he doesn't think about and regret his actions.

Very truly yours,

Sabrina Carrera

Feel free to contact me for any further questions or information.
Sabrina Carrera
1913 72nd Street
Darien, IL. 60561
(630) 971-1225



14 November, 2007

To whom it May Concern,

I have known Scott Carrera and his family for 5 years. I have known Scott as a fellow worship team member, and now as his worship arts ministry pastor. Scott serves as one of my key leaders in the worship arts ministry, and one of my core criteria for selecting and developing leaders is a person's character. Scott's fellow team members also have a deep respect for Scott's integrity, abilities, talents, passions, and his heart for them.

Over the years I have known Scott, I have developed a deep respect for his passion for God, for other people, for his family, and his fellow team members. I have witnessed Scott in a variety of situations – in good times and in tough situations, where he consistently exhibits servant leadership and a guiding moral character in dealing with people and situations.

Frankly, the lapse in judgment in regard to this situation surprises me, and seems inconsistent with Scott's character. In talking with Scott recently about this situation, I sense a deep regret, repentance, and an on-going commitment to maintaining a high moral compass that he and his family have exhibited over many years.

If you have any questions, please feel free to contact me.

Regards,

Steve King
Worship Arts Director



15 November, 2007

To Whom It May Concern:

It has been my privilege over the past seven years to be friends with Mr. Scott Carrera and his family as members of *Parkview Community Church*. As the church's senior pastor, I have gotten to know and interact with Scott on a personal as well as professional level as he has remained actively involved in the life and ministry of our congregation.

In the time I have known him, I have observed Scott's growth and conduct in many different areas of life. He is a good son, faithful husband and loving father. Scott is very relational and sensitive to the needs of people around him. He is a man of commitment and generosity. He is teachable, open to constructive criticism, willing to seek counsel and input from his peers and has a strong respect for authority.

I consider Scott to be an exceptionally spiritual and gifted individual with clear and consistent moral values preserving a high standard of personal integrity and conduct. Such qualities have contributed to his success in life.

I also know Scott as a man of humble contrition. Any lapse in ethical judgment and or behavior on his part, are in my opinion rare and completely out of character.

Scott Carrera is man for whom I have only the greatest level of trust and respect. I consider it an honor to be his pastor and friend.

Sincerely,

Reverend Ray S. Kollbocker
Senior Pastor

Wednesday November 14, 2007


To Whom it May Concern,

    I am writing regarding my son Scott Carrera.  I know he is involved in some problems regarding copyright infringement.  That is unfortunate as that is totally out of character for Scott.

    Scott was always an excellent student in school. He always received good grades and was spoken of highly by his teachers.  He did equally well at high school and went on to get an Electrical Engineering degree from the University of Illinois.  In college he received an internship with USG and when he graduated he was hired by them full time.  He worked there for several years until he went to work for a company called Telenisus and later Verisign. When they moved their headquarters Scott went into business for himself with several partners with their current company Guardian Technologies.

    Scott has always been and continues to be a hard worker.  He is a good provider for his family.  I know him to be an excellent husband and wonderful father to his 3 year old daughter.  He is generous with his money and abilities and will do whatever he can to help others out.  Scott is active in his church, Parkview Community Church as a member of the Worship Team, where he plays the guitar and leads Sunday Worship from time to time. I cannot say enough positive things about the man, son, husband and father he has become.

    I make myself available for any further discussions you might want to engage in regarding Scott's character.


Sincerely,
Robert Carrera


Robert Carrera
84 S. Glenview
Lombard, IL. 60148
630-627-1872

Wednesday November 14th 2007

Dear Judge,

    My name is Karen Carrera and I am Scott Carrera's mother. I am writing to tell you what kind of person Scott is. He is a good son and husband. He is very attentive to his three year old daughter Taylor and Scott loves her very much. Scott is a hard worker often working through the night to get done the things he needs to as his job is very demanding of his time. He is always willing to help my husband and me with whatever we need. He is involved in our church as part of the Sunday Worship Team and he also plays guitar for the Kid's Blast Club on Wednesday Nights. He is an excellent musician, playing piano and guitar.

    Scott has always been a good son, never giving my husband or myself problems. He has always been a good student, getting good grades from grade school through college. In High School he played football and wrestled for 3 years. In college Scott was a Teacher Assistant and tutored other minorities that were part of the Engineering program at UIC as well.

    Scott has grown into a fine young man; someone you can depend on. I know he is truly sorry for the situation he now finds himself in. He has always put a lot of pressure on himself to be the best he can be; and now I think he feels he has let us down. We love our son and are very proud of him.

Sincerely,
Karen Carrera

84 S. Glenview
Lombard, IL. 60148
630-627-1872

Thursday November 15th 2007

To whom it may concern,

I am writing regarding Scott Michael Carrera. He has asked me to write a short note regarding his character, which I am happy to do.

I have known Scott for more than 15 years, working with him at Lake Geneva Youth Camp; a church funded Christian summer camp in Wisconsin (http://www.lgyc.org). Every summer throughout his teen years Scott would volunteer several weeks of his time and work at LGYC. He was a counselor for the Boy's Camp programs of which I was Program Director. Scott was always a cooperative part of the program staff with a passion for Christ and working with kids, many of whom were underprivileged. He was a good role model and exhibited qualities of leadership. He also was part of the music team for chapel services as he is an outstanding guitar player.

When Scott reached his twenty's he moved on from counseling and founded a group of individuals to make up the Audio/Video team for our Boy's Camp programs. They called themselves the Geeks Upstairs. They would film daily activities and shoot a new "Feature" movie every day. They would edit and produce these videos all day/night and would show them to the kids at both morning and evening chapel. The team would also setup and produce each chapel service from an AV standpoint and did a tremendous job at it. Because of them our chapel was filled every night with almost every volunteer that was working that week. This was grueling work and Scott and his team only slept a few hours each day. However, Scott's dedication in this area really made our Program something special that each child would remember. Scott was never a problem, and he only had positive influences on the Boy's Camp Program. Therefore I am happy to write of his positive character with no hesitation.

As the years at LGYC progressed, I could see Scott's passion for working with kids grow more and more. Scott's passion for working with children is still clearly evident with his involvement in his current church. He runs the music program for the mid-week children's program at Parkview Community Church in Glen Ellyn, IL. I am happy to see that Scott has kept his internal fire burning with a willingness to serve others and his passion for kids.


Thank You,
Bob Schroeder

You can contact me for additional info at:
Robert Schroeder
26132 Sunnybrook Lane
Ingleside, IL.  60041
847-307-5257

November 14th, 2007

To whom it may concern,

I am writing on behalf of Scott Carrera. I have known Scott his whole life as his parents and my wife and I are longtime friends.  Scott has grown up with my children and spent many hours at my house.   He has always been kind and someone I felt very comfortable spending time with my children.

He has always been honorable and respectful with me and my wife.  I only have had positive experiences with him and know that he is a good father to his daughter.  In the past 15 years, from his teen years to adulthood I have gotten to know him even more since he joined our yearly Canadian fishing trip. He has always been fun, a hard worker, an encourager and a productive part of the fishing trip, besides being a good walleye fisherman.
Again my knowledge of Scott and experience with him has always been positive.


Sincerely,
Donald Yost


If you need any further information you can contact me at:
20037 Sycamore Drive Frankfort, IL. 60423 Phone #: 815-469-9631

November 9th 2007

To whom it may concern,

There are things in life that people do out of malicious intent and there are things people do that don't have malicious intent, but rather the intent is just a challenge. I've known Scott Carrera now for six years and I can truly say that Scott doesn't have a malicious bone in his body. He is the most caring and compassionate person I know, and I'm not just saying this to you, as I truly believe it.

My grandfather was a judge and I've been brought up always being told to do the best in life and never to break the law. With that said, I do know that no one person is perfect. Yet, above all the law needs to be carried out and I do feel there should be consequences for his actions, but I don't feel a sentencing of jail time would be the best punishment. Please take into consideration before you make your final decision, that he knows what he did was wrong and has learned from his mistake. As you have already experienced, life and what life brings you, does change people. Most of the time that's the real way people learn. I honestly believe that Scott has learned what he did was wrong and I don't feel he needs to pay for his wrong doings with anything more than probation.

Looking back, when Scott was questioned he was in a different part of his life than when the crime he is charged with was committed. When he was questioned, his wife was pregnant and expecting their first child. I could see the change in him overnight when he knew he would be a father. I don't believe he would have committed that same crime if he had been expecting to be a father. I know it doesn't justify his actions but it does change a person depending on the time in their life. I myself have never had a child, but I see first hand how he is with his daughter and would hate for him to be away from her for a second. He is a wonderful father to his daughter and a wonderful husband to his wife Sabrina, and shouldn't have to communicate with them behind bars. I would have a totally different opinion if he had done something with malicious intent, but that was not the case. I know Scott and he's happy being a husband and father, and making a difference in his family's lives.


If you would like to talk to me in more detail please don't hesitate to contact me.


Sincerely,
Amanda Roe

25716 Meadowland Cir.
Plainfield, IL 60585

Cell: 312-961-3616
Email: amanda.a.roe@gmail.com

November 14, 2007


To Whom It May Concern:

The purpose of this letter is to try and convey my thoughts and opinions regarding the character and morals of Scott Carrera. I write this letter and express my opinions in all aspects of Scott's life, as he is one of the most respected and well-rounded individuals in both my professional and personal lives.

I met Scott shortly after graduating college in October 2001. I started working at a company called Telenisus, where Scott took me under his wing and was determined to teach me the things I needed to know to advance my career as a Computer Network Security Engineer. As an advisor at work, Scott always took the time to explain concepts again and again until I fully understood what he was trying to convey. He was never too busy to take time and help in any situation where I needed advice. I consider Scott my mentor and owe most everything I have accomplished professionally to his tutelage.

As we spent time getting to know each other professionally, a personal relationship soon followed. I spent the next six years getting to know Scott on many different levels. We have found very similar interests that have allowed us to become nearly inseparable. The times we have had over the past years are some of my best memories and I wouldn't trade his friendship for anything in this world.

I will never be able to express in words exactly how much I have grown to admire Scott. He is well respected in his church, donating time to the worship team with all his musical abilities, and his strong faith has certainly touched my life and rubbed off on my opinions in regards to religion.

All this being said, I truly feel that Scott knows he has made a mistake and regrets his decisions very much. I know that his actions will not go without repercussions, but I do feel that such an upstanding individual does deserve a second chance. He has recognized the mistakes he has made and has made efforts to move his life forward, learning the appropriate lessons along the way.

I guess the best way I can convey my thoughts on Scott's character and morals is the fact that I can only hope my expected child will be half the man that Scott is today. I owe him so much I can only hope to some day pay him back for everything he has done for me. I only hope you take my opinion into consideration regarding this case.

Sincerely yours,


Mark Roe

25716 Meadowland Cir.
Plainfield, IL 60585
Phone: 630-364-8430

November 15, 2007

To whom it may concern,

      I first met Scott Carrera in June of 2000 when I worked with him at my first job out of college at Telenisus Corporation, and later at VeriSign, Inc.  Right away I recognized Scott as one of the most hard-working and reliable engineers on the team.  I worked with Scott for over five years and he has proven to be one of the most trusted and respected professionals I have ever worked with.

      Since then, Scott and I have both moved on with our careers and now are both Entrepreneurs. Scott has an impeccable reputation, and has been instrumental in networking and mentoring me while establishing my own business. We still barter services and forward business to each other.  I not only respect Scott for his loyalty and professionalism in our working relationship, but out of my respect for him for so many years, he has also become one of my closet friends.

      Spending time with Scott outside of work has not been much different.  He is still one of the most reliable and dependable of all of my friends.  He is a proud father, good husband, and an invaluable friend.  We often look to Scott for his advice, and he has helped many of his close friends through personal situations at one time or another.  Scott has had a profound influence in both my professional and personal life, and I am truly blessed to call him my friend.

      Scott has spoken with me about this incident, and I am sure it is something that he is embarrassed about and regrets.  I know he has been working hard to repent for his poor decision.  I hope my letter demonstrates the kind of person Scott is to his family, friends, and colleges; and especially what a positive influence he has had on my life.

Sincerely,

Jason Burosh
jburosh@planethost.com
16922 Arbor Creek Dr
Plainfield, IL 60586
630.330.3795

November 14, 2007

To whom it may concern,

I confirm that I have known Scott Carrera for 7 years first as a co-worker, and now as a friend.  We are no longer co-workers but still maintain contact as friends.

At all times I have found Scott to be extremely dependable, reliable, hard-working, honest, and a great friend.  He has a wonderful wife and baby girl that he loves and cares for and depend on him.  Scott has worked in the community and participated in many charity event involving kids.  Besides working with kids, I've always known Scott to be there for his friends and family.  Scott has been a big influence in my career in the computer field.  He is one of the reasons I'm currently attending college.  He told me how he regrets and feel extremely sorry for his lack of judgment.  I have always looked up to Scott as a role model and I believe his actions were completely out of character.

I'm happy to provide further information if required.

Sincerely,

Jon Erickson

Email: erickson.jon@gmail.com
Phone: (410) 937-6719
Address: 3247 Ridge View Ct. Apt 208 Woodbridge, VA 22192

Thursday, November 15, 2007

To whom it may concern,

I offer my endorsement that Scott Carrera is an individual of impeccable character. His current unfortunate circumstance is merely the result of a poor choice and not emblematic of his general conduct. I have known Scott for 10 years personally and we have subsequently worked together in a professional context as well. In both milieus I've found Scott to represent equally the integrity and ethics worthy of respect. Scott's work as it relates to the securing and protection of corporate computer networks has been exemplary and I would recommend it without hesitation even in light of these unfortunate events.

Christian Wright, Incident Response Manager, Yahoo!

700 Agnew Road #424
Santa Clara, CA 95054
(312) 399-5064

November 16, 2007

To whom it may concern,

I write to you in hopes that my words and opinions regarding Scott Carrera help convey his character and reputation.

I have known and been fortunate to work with Scott for over ten years. Initially as a customer, then as a co-worker, and now finally as a business partner, Scott has always handled himself professionally when working with clients and vendors. His pursuit and commitment to the knowledge and skills necessary as a network and data security engineer have been valuable in establishing Scott as one of the finest security engineers in the Chicago and Mid-West area. However, it is Scott's business acumen and dedication to customer service that has ensured Scott's reputation as a security engineer. Clients, Vendors, and business partners alike trust Scott's opinions regarding information security.

Six years ago, Scott and I joined with three other partners in creating the company Guardian Technologies, Inc. As a business partner, Scott has been generous with his time and devoted himself to creating a company dedicated to providing honest and moral engineering services. Our mission, at Guardian Technologies, is to provide expert services with forthright and honest technical opinions, and Scott's efforts within the industry have helped to establish Guardian as a highly sought after and reputable company. Also, in creating Guardian we partners have committed to each other the welfare of each of our families, and as a partner I have been confident that Scott considers my families welfare every day just as I consider his.

Lastly, and more personally, I have been fortunate to develop a friendship with Scott, and get to know him beyond work and business opportunities. Scott has been, since I have known him, one of the kindest and most considerate people I know. He has never been without a smile on his face, and he has always been an uplifting force amongst his friends. His weekly involvement in his Church and the Church band, and his annual participation at a Christian summer camp is something that he has always been proud to be part of. And has a brother, husband and father I have seen Scott care for family the way that I would hope everyone would care for their family.

Regarding his current and unfortunate circumstances, I can only relate the respect for how Scott has handled himself. As a friend and business partner I only recently became aware of his situation, and I respect that he handled such serious circumstances privately and with discretion. It would have been far too easy to divorce himself from the commitments that he made to his friends and business partners. And while disappointing to learn of his mistake, I am still proud to have him as a friend and business partner and more certain than ever in his commitment to his friends, partners and customers.


Sincerely,

Jason H. Prost
President & CEO
Guardian Technologies, Inc.
P.O. Box 88657
Carol Stream, IL 60188